EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone: (408) 289-1776
   Facsimile: (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA 95110
10 Telephone: (408) 993-9911
   Facsimile: (408) 993-1335

11
12 THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
13 HUSCH & EPPENBERGER, LLC
   190 Carondelet Plaza, Suite 600
14 St. Louis, MO 63105-3441
   Telephone: (314) 480-1500
15 Facsimile: (314) 480-1505
   **Attorneys for Defendant Olin Corporation**

16            UNITED STATES DISTRICT COURT
17     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JOHN MARTINEZ AND MARIE MARTINEZ, | Case No.: C 03-05229 RMW |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JOHN MARTINEZ AND MARIE MARTINEZ** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs John Martinez and Marie Martinez and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs John

2057979.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs John Martinez and Marie Martinez - 1**

1 | Martinez and Marie Martinez as to defendant Olin Corporation. All parties to bear their
2 | own costs and legal fees incurred to date in this action.
3 | Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: /signature/
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs John Martinez and Marie Martinez

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JOHN MARTINEZ AND MARIE MARTINEZ , <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05229 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JOHN MARTINEZ AND MARIE MARTINEZ** |

THIS MATTER coming on the motion of Plaintiffs John Martinez and Marie Martinez and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs John Martinez and Marie Martinez 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   _Ronald M. Whyte_

2057979.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs John Martinez and Marie Martinez  - 3**